IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose and Maria Chavez,<br><br>    Plaintiffs,<br><br>vs.<br><br>Mark Rios, et al.,<br><br>    Defendants. | No. CV 01-245-TUC-FRZ (JR)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Rateau that recommends granting Defendants' motion to amend Answer. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Rateau's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Rateau's Report and Recommendation (Doc. 259) is accepted and adopted.

1   (2) Defendants' motion to amend Answer (Doc. 232) is granted.

3      DATED this 30th day of January, 2014.

*Frank R. Zapata*
Frank R. Zapata
Senior United States District Judge

- 2 -